# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA-FRESNO INVESTMENT COMPANY,<br><br>          Defendant. | Case No. 1:22-cv-01419-JLT-SAB<br><br>ORDER CONTINUING HEARING ON MOTION FOR DEFAULT JUDGMENT<br><br>(ECF Nos. 24, 25, 26) |

A hearing on Plaintiff's motion for default judgment is currently set for October 18, 2023. (ECF Nos. 24, 26.) On October 12, 2023, Plaintiff filed a request to continue the hearing, due to a scheduled mediation. (ECF No. 26.) The Court would expect counsel to advise the Court of such conflict at an earlier date, however, finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion for default judgment is CONTINUED to November 8, 2023, at 10:00 a.m., in Courtroom 9, and Plaintiff shall file proof of service of this order on Defendant within five days.

IT IS SO ORDERED.

Dated:     **October 13, 2023**                                    _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

1